UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,          :

            -v-                         :              20-CR-152 (LJL)

GEORGE LYONS,                      :              <u>ORDER</u>

            Defendant.           :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ordered that parties are to meet and confer, and submit a joint letter to the court by no later than May 22 at 5:00 p.m., setting forth the case status and their respective positions whether sentencing should be adjourned to a date in late September, in light of COVID-19 circumstances.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                                        LEWIS J. LIMAN
                                                    United States District Judge