UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,                   :

                      -v-                             :         20-CR-152 (LJL)

GEORGE LYONS,                                  :         <u>RESCHEDULING</u>
                                                                :              <u>ORDER</u>
                    Defendant.            :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Due to the ongoing circumstances surrounding COVID-19 and in consideration of the parties' joint letter (Docket #28) filed to the docket on 5/19/2020, it is hereby ordered that the sentencing previously scheduled for June 5, 2020 is rescheduled to September 29, 2020 at 2:30PM in Courtroom 15C.

      SO ORDERED.

Dated: May 29, 2020                                     _____
       New York, New York                             LEWIS J. LIMAN
                                                                   United States District Judge