**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 16, 2020

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED. The sentencing previously scheduled for September 29, 2020 is RESCHEDULED to October 29, 2020 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

9/16/2020  SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**Re:   United States v. George Lyons,
       20 Cr. 152 (LJL)**

Dear Judge Liman:

I write to request a 30-day adjournment of Mr. Lyons' sentencing, now scheduled for September 29. An adjournment is necessary because Mr. Lyons is presently in Connecticut state custody. The government is making efforts to writ him into this District for sentencing, but it does not appear that he will be present and have an opportunity to consult with counsel prior to September 29.

The government has no objection to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Benjamin Schrier