**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 2, 2020

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> GRANTED.
> The Sentencing previously set for November 18, 2020 is RESCHEDULED to December 3, 2020 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 11/2/2020   SO ORDERED.
>
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   **United States v. George Lyons,
       20 Cr. 152 (LJL)**

Dear Judge Liman:

   I write to request another two-week adjournment of Mr. Lyons' sentencing. Mr. Lyons has been returned to this District, and I have been able to speak with him. I now need additional time in order to obtain additional materials and information to represent Mr. Lyons effectively at sentencing.

   Accordingly, I request that the Court adjourn Mr. Lyons' in-person sentencing by approximately two weeks. If feasible, I request that the proceeding be adjourned to the morning of Thursday, November 3, or the afternoon of Friday, November 4.

   The government has no objection to this request and is available on the requested dates.

                                   Sincerely,

                                   /s/
                                   Clay H. Kaminsky
                                   Assistant Federal Defender
                                   Federal Defenders of New York
                                   (212) 417-8749

CC:   AUSA Benjamin Schrier