UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
         -v-          :      20-CR-152-1 (LJL)
 :
GEORGE LYONS, :      RESCHEDULING
 :           ORDER
                  Defendant. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is HEREBY ORDERED that the Sentencing previously scheduled for December 3, 2020 is rescheduled to January 21, 2021 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse, due to the ongoing circumstances surrounding the COVID-19 pandemic.

      SO ORDERED.

Dated: December 1, 2020
       New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge