UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GEORGE LYONS,

Defendant.

20-CR-152-1 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

In light of the sentencing scheduled for January 21, 2021 and the continued circumstances surrounding the COVID-19 pandemic, the Court orders parties to jointly submit to the Court a letter regarding their positions on whether the proceeding should be held remotely by video conference according to the CARES Act. Parties are to submit a letter to the Court by Wednesday, January 13, 2021 at 5:00PM. The January 21, 2021 sentencing is cancelled and will be rescheduled to a time convenient to all parties.

SO ORDERED.

Dated: January 11, 2021
New York, New York

LEWIS J. LIMAN
United States District Judge