# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 12, 2021

**BY ECF**

**REQUEST GRANTED.**

1/13/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. George Lyons,
20 Cr. 152 (LJL)**

Dear Judge Liman:

    I write in response to this Court's January 11 Order canceling Mr. Lyons' January 21 sentencing hearing and instructing the parties to submit a letter by January 13 concerning the parties' positions on whether sentencing should be held remotely by video conference according to the CARES Act. Because I will not be able to confer with Mr. Lyons until January 14, I hereby request that the Court extend the parties' response deadline to Friday, January 15. The government consents to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Benjamin Schrier