UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                   :

UNITED STATES OF AMERICA,                :

                 -v-                           :         20-CR-152-1 (LJL)

GEORGE LYONS,                             :         <u>ORDER</u>

               Defendant.                :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Sentencing in this case is scheduled for Friday, January 29, 2021. In connection with that sentencing, the Probation Department has recommended an additional adjustment of two points to the offense level of the Sentencing Guidelines pursuant to Section 2B1.1(b)(11)(C)(i). That adjustment is not included in the parties' plea agreement. The parties are hereby given notice that the Court is considering applying that adjustment. The defense is directed to be prepared to address at sentencing whether the adjustment applies.

       SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge