# THE LAW OFFICE OF JEFF CHABROWE
521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.736.3910

January 30, 2023

The Honorable Lewis J. Liman
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15C
500 Pearl St.
New York, NY 10007-131

**REQUEST GRANTED.**
The hearing previously scheduled for January 31, 2023 is canceled. Instead, a Change of Plea hearing is scheduled for February 28, 2023 at 10:00AM in Courtroom 15C.

2/1/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  *USA v. Lyons*, 1:19-mj-09864-UA, Request for Adjournment

Dear Judge Liman,

The above violation case is scheduled for an update before you tomorrow. I have been discussing a potential resolution with Probation and the government and I believe we will reach a disposition. We are asking for an adjournment of four weeks for this process to conclude and to arrange for a change of plea. The government and probation have both consented to this adjournment.

Thank you for your time and attention.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com

cc: amanda.weingarten@usdoj.gov